```
C-13-15(a)
(Rev. 5/97)
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

    FREDERICK EUGENE BURGESS JR    )    Motion and Order
    BARBARA LEE BURGESS    )    Chapter 13
    )
    No: B-97-51281 C-13W
    Debtors    )

[FILED SEP - 4 2002 U.S. BANKRUPTCY COURT WINSTON-SALEM, NC]

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

A proof of claim was filed as follows:

    CREDITOR: FIRST EXPRESS TEXAS    CLAIM #: 0008
    ADDRESS FOR DISBURSEMENTS: FKA GECC
        10741 KING WILLIAM DRIVE
        DALLAS TX 75220-2414

The Creditor has requested that all future disbursements be mailed to:

    GE CAPITAL CONSUMER CARD
    5300 KINGS ISLAND DRIVE
    MASON, OH 45040

It is recommended that all future disbursements be mailed as requested above.

Date: September 3, 2002
KLB/JCE
        Kathryn L. Bringle, Standing Trustee

[ENTERED SEP - 9 2002 U.S. BANKRUPTCY COURT MDNC - BB]

PARTIES IN INTEREST: See Page 2

ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of thirty (30) days after the ENTERED date of this order; however, if within said first thirty (30) days written objections are filed with this Court and copies served upon the parties in interest appearing on the reverse side, the effective date of this order will be pursuant to further orders of the Court at the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the thirty (30) day period, a hearing will be held on the objections on the 30TH day of OCTOBER, 2002, at 9:30 a.m., in the Courtroom on the first floor 226 South Liberty Street, Winston-Salem, North Carolina; and it is further

ORDERED that the Clerk mail a copy of this motion and order to each of the parties in interest listed on the reverse side.    **CATHARINE R. CARRUTHERS**

Date: SEP - 9 2002

        Catharine R. Carruthers
(30)        U.S. Bankruptcy Judge

PARTIES IN INTEREST:

FREDERICK EUGENE BURGESS JR
BARBARA LEE BURGESS
5505 SHERENE LANE
WALKERTOWN NC 27051

WENDELL SCHOLLANDER
SUITE 509
2000 W FIRST ST
WINSTON-SALEM NC 27104-4225

FIRST EXPRESS TEXAS
FKA GECC
10741 KING WILLIAM DRIVE
DALLAS TX 75220-2414

GE CAPITAL CONSUMER CARD
5300 KINGS ISLAND DRIVE
MASON, OH 45040

KATHRYN L. BRINGLE
STANDING TRUSTEE
P O BOX 2115
WINSTON-SALEM, NC 27102-2115

PARTIES TO BE SERVED
PAGE 1 OF 1
97-51281 C-13W

FREDERICK EUGENE BURGESS JR       ////DB
BARBARA LEE BURGESS
5505 SHERENE LANE
WALKERTOWN NC 27051

WENDELL SCHOLLANDER              ////ATY
SUITE 509
2000 W FIRST ST
WINSTON-SALEM NC 27104-4225


FIRST EXPRESS TEXAS
FKA GECC
10741 KING WILLIAM DRIVE
DALLAS TX 75220-2414

GE CAPITAL CONSUMER CARD
5300 KINGS ISLAND DRIVE
MASON, OH 45040

KATHRYN L. BRINGLE               ////TR RTN
STANDING TRUSTEE
P O BOX 2115
WINSTON-SALEM, NC 27102-2115